| Doe # | Merchant Name | Merchant ID |
|---|---|---|
| 1 | Alwaysfaith International Trade Co., Ltd. (Huizhou) | alwaysfaith |
| 1 | Alwaysfaith International Trade Co., Ltd. (Huizhou) | alwaysfaith |
| 2 | Alwaysfaith International Trade Co., Ltd. (Huizhou) | alwaysfaith-intl |
| 3 | Yiwu Lvye E-Commerce Firms | chinalvye |
| 4 | Henan Hanke Shengshi Import And Export Trade Co., Ltd. | ehanking |
| 4 | Henan Hanke Shengshi Import And Export Trade Co., Ltd. | ehanking |
| 5 | Henan Hanke Shengshi Import And Export Trade Co., Ltd. | ehanking01 |
| 5 | Henan Hanke Shengshi Import And Export Trade Co., Ltd. | ehanking01 |
| 6 | Dongyang Xipu Household Products Co., Ltd. | ezpromos |
| 7 | Huizhou Huiyang District Beiyin Instrument Accessories Sales Department | homelandguitar |
| 8 | Yiwu Liuma Trading Co., Ltd. | liumatrade |
| 8 | Yiwu Liuma Trading Co., Ltd. | liumatrade |
| 9 | Yiwu Mengqiu E-Commerce Firm | qiumeng0922 |
| 10 | Henan Raincoming Import And Export Trading Co., Ltd. | raincoming |
| 10 | Henan Raincoming Import And Export Trading Co., Ltd. | raincoming |
| 11 | Guangzhou Gidoo Musical Instruments Co., Ltd. | rosemusic |
| 11 | Guangzhou Gidoo Musical Instruments Co., Ltd. | rosemusic |
| 12 | Anhui Runyang International Trade Co., Ltd. | rygm |
| 13 | Yiwu Senso Household Goods Co., Ltd. | shengshuo |
| 14 | Ningbo Missinteresing Imp And Exp Co., Ltd. | sweettreats |
| 15 | Yiwu Wanqin E-Commerce Co., Ltd. | wanqin |
| 15 | Yiwu Wanqin E-Commerce Co., Ltd. | wanqin |
| 16 | Shenzhen Xingzheng Chuangyi Technology Co., Ltd. | yohapprts |
| 17 | Jiaxing Youfun Metal Products Co., Ltd. | youfun |
| 18 | Yiwu Yunbu Import And Export Co., Ltd. | yunbu8 |
| 18 | Yiwu Yunbu Import And Export Co., Ltd. | yunbu8 |
| 19 | Yiwu Jieka Trading Co., Ltd. | ywjieka |
| 20 | Yiwu Hengli Network Technology Co., Ltd. | ywzihe |
| 21 | powstro speciality Store | 1526184 |
| 22 | Muspor Store | 1726497 |
| 23 | powstro character Store | 1752042 |
| 24 | SAGITAR instrument in China | 1913071 |
| 25 | Betiuka's store | 1958123 |
| 26 | Sports Club+ | 1984375 |
| 27 | Musical World Store | 2654198 |
| 28 | Shop2809024 Store | 2809024 |
| 29 | DreamHunter Fitness Store | 2852046 |
| 30 | Alitop Outdoor Store | 2921009 |
| 31 | Keep Forth Store | 2959155 |
| 32 | UniStyle Store | 2972038 |
| 33 | LynnLynn Fitness Store | 3054051 |
| 34 | 4 U Outdoor life Store | 3084024 |
| 35 | Tammy MI Store | 3092031 |
| 36 | Goosports Store | 3172026 |
| 37 | BTSHOME Store | 3216094 |
| 38 | Pink Holiday Store | 3694007 |
| 39 | QIFISH Store | 3893047 |
| 40 | Get Various Life Store | 4043078 |
| 41 | EGlife Store | 4412108 |
| 42 | Shop4419036 Store | 4419036 |
| 42 | Shop4419036 Store | 4419036 |
| 43 | Outdoor Adventures Store | 4499115 |

| # | Store | ID |
|---|---|---|
| 44 | Relax oneself Store | 4645135 |
| 45 | ZIKI Store | 4662134 |
| 46 | global going Store | 4699046 |
| 47 | ROOW outdoor Store | 4742027 |
| 48 | SportsLife Store | 4836018 |
| 49 | Dark Black Store | 4856015 |
| 50 | HZBCLY Store | 4926035 |
| 51 | CC Outdoor Store | 4988440 |
| 52 | ORE Oourtdoor Store | 4990308 |
| 53 | Outdoor Hobby Store | 5065184 |
| 54 | Suntekcam Trail camera Store | 5066078 |
| 55 | Music sorcerer Store | 5073199 |
| 56 | JW Outdoor Store | 5084342 |
| 57 | Sincerely dropshipping Store | 5117088 |
| 58 | Shop5134069 Store | 5134069 |
| 59 | Happiness Ear Music Store | 5487019 |
| 60 | Happiness Cycling Outdoor Store | 5487020 |
| 61 | OUTZQQD Store | 5515073 |
| 62 | MingMing Outdoor Store | 5577084 |
| 63 | Shop5581057 Store | 5581057 |
| 64 | Shop5614185 Store | 5614185 |
| 65 | Shop5625245 Store | 5625245 |
| 66 | Zhangheng Healthy Outdoor Store | 5780784 |
| 67 | Arily Outdoor Entertainment Store | 5782256 |
| 68 | On the way Store | 5785261 |
| 69 | Dropshipping for fastest way Store | 5797674 |
| 70 | Mintiml Friendly Store | 5799430 |
| 71 | Shop5799622 Store | 5799622 |
| 72 | THREEMAGI Official Store | 5832147 |
| 72 | THREEMAGI Official Store | 5832147 |
| 73 | EH Life Store | 5873119 |
| 74 | Shop5891724 Store | 5891724 |
| 75 | Z-zero degree Store | 900237440 |
| 76 | Shop900240464 Store | 900240464 |
| 77 | Fashion-Digital Store | 900249170 |
| 78 | XJ&F Store | 910322125 |
| 79 | Shop910325399 Store | 910325399 |
| 80 | Shop910349375 Store | 910349375 |
| 81 | YunDong22CC Store | 910554070 |
| 82 | Shop910640045 Store | 910640045 |
| 83 | Shop910692015 Store | 910692015 |
| 84 | Beaut-y & Healthy dropshipping Store | 910724084 |
| 85 | Shop910737097 Store | 910737097 |
| 86 | Soul-muse Store | 910891005 |
| 87 | YU01 Store | 910966016 |
| 88 | Shop911045006 Store | 911045006 |
| 89 | Ipsysolutions | A100O9JEM5HSHM |
| 90 | 4U-Lucky | A10B338C4BKURO |
| 91 | fiaoen | A11TTEY1LGPSER |
| 92 | Sancoyr | A12Y15YTJMACON |
| 93 | FRIST | A13PQRGDZLYMUB |
| 94 | Zyurong | A153I16GS7JBSX |
| 95 | leyouyou520 | A1984TAXBI4V4Y |

| # | Name | Code |
|---|---|---|
| 96 | portfoli | A19I3GNFHAY8XH |
| 97 | Kinghee | A1ADDR70FPYK7E |
| 98 | meaning xuansheng | A1ANGYFOI0TPHS |
| 99 | Biggystar | A1D86B99A67792 |
| 100 | MAYANGCHENTAORIYONGDIAN | A1DE0J0P78UOFG |
| 101 | Williamly | A1EJQTR40Z7ZJK |
| 102 | Thrivinger | A1EMV0R8OLETWC |
| 103 | JINGXIUNENGYUAN | A1FWTRO6LF44UL |
| 104 | Yi Yang Qian Xi | A1HOQUJYTNSLJA |
| 104 | Yi Yang Qian Xi | A1HOQUJYTNSLJA |
| 105 | Shislu Trade | A1ICBYEU4ML8YT |
| 106 | Marile | A1J40VBTEG2DPS |
| 107 | Winwintom | A1J5I0RK2P5TIA |
| 108 | PENGPENG SHOP | A1JV5GX6IKRJL8 |
| 108 | PENGPENG SHOP | A1JV5GX6IKRJL8 |
| 108 | PENGPENG SHOP | A1JV5GX6IKRJL8 |
| 109 | Zhengpin | A1KBFROQYDV7B1 |
| 110 | LiuLinXianWeiLingFu. | A1LNNQW3KDEJEU |
| 111 | JiNKesI | A1NKYHQM8E9O1W |
| 111 | JiNKesI | A1NKYHQM8E9O1W |
| 112 | PeiPeiPei | A1NOMT2RNMYWM |
| 113 | Jhana | A1PFF2XEFXWJCS |
| 114 | nianying | A1S18OH3SL2XJR |
| 115 | Funhunt | A1U4SVZGDJMGXV |
| 116 | junchuang | A1VZ7DOTGHRE3U |
| 117 | Dataanalyst | A1WNIWJ0DZIN24 |
| 118 | IMICE-US | A1ZN8NETNXA47B |
| 119 | Sea breeze at night | A20JK8DPQG70IQ |
| 120 | biqifengmang | A20VK94TIV2EGF |
| 121 | Chang xin mei | A21A1COCJX8GSJ |
| 122 | Uryashop | A22A5WMWSKOE90 |
| 123 | Wood.L | A23C9SUA16N8ZD |
| 124 | WANGYANWEI | A24NGMFM2M41BU |
| 125 | DicaruLK | A26SPIP89NDEST |
| 126 | AVANI EXCHANGE | A270SCS3B2AS1F |
| 127 | 永康市玖思林贸易有限公司 | A27P0M0U3NO1A7 |
| 127 | 永康市玖思林贸易有限公司 | A27P0M0U3NO1A7 |
| 128 | Bar-store | A286YNKP4HZV7I |
| 128 | Bar-store | A286YNKP4HZV7I |
| 129 | ledogshop | A29ARGCRKKR6BO |
| 130 | ianbaox | A2AIQJC80YCBOG |
| 131 | Chitectir | A2AT3AUUSZT4FO |
| 132 | Sharkyskr | A2AUA533JNJ6EJ |
| 133 | MaoFirst | A2B51SWALAR3BH |
| 134 | Heitaisi | A2D28NTUT8A2JT |
| 135 | twistring | A2EJZ8ND12X8OS |
| 136 | XINCHUANGXIANG | A2JM0DTVAL5FS0 |
| 137 | Xinneng | A2ME53X8TKNW9C |
| 138 | Chen0-super | A2NQGWZ78C5VU2 |
| 139 | YXJYJC | A2NZUA288Y8V2F |
| 140 | TONGY | A2PSXXD4XWCP88 |
| 141 | Nymph Code | A2PV8N5AI5UGUE |
| 142 | UMSunny | A2R4V2K08UM7F0 |

| | | |
|---|---|---|
| 143 | ANSAMZ | A2RDCSUD9IJ3F3 |
| 144 | MHNJYI | A2SWW5YU05YWXC |
| 145 | Huo Lu zheng | A2T3C42UIOI0OP |
| 145 | Huo Lu zheng | A2T3C42UIOI0OP |
| 145 | Huo Lu zheng | A2T3C42UIOI0OP |
| 145 | Huo Lu zheng | A2T3C42UIOI0OP |
| 145 | Huo Lu zheng | A2T3C42UIOI0OP |
| 146 | HiiBaby | A2T9YLFR6V83EO |
| 147 | WangWeiFeng | A2USFVI6KUT2S5 |
| 147 | WangWeiFeng | A2USFVI6KUT2S5 |
| 147 | WangWeiFeng | A2USFVI6KUT2S5 |
| 148 | Grehod | A2USNAKJIMQL8R |
| 149 | Yoivywen-US | A2VCGX1Q3262A0 |
| 149 | Yoivywen-US | A2VCGX1Q3262A0 |
| 150 | Alter Ort | A2VNQQFL60DHP0 |
| 150 | Alter Ort | A2VNQQFL60DHP0 |
| 151 | BGE | A2WTFQEIEPOXH9 |
| 151 | BGE | A2WTFQEIEPOXH9 |
| 152 | Ludelo | A2YAXIUQH7F5J1 |
| 153 | Romirofs | A2ZO585AT4IS7J |
| 154 | SEPTEB | A30TVY0G9EJY0P |
| 155 | Rowphya | A330JK7GYGN0ZI |
| 156 | Sponsi | A35I5IYE68K6ED |
| 157 | HAULANQI | A36CEFEFU7PJUH |
| 158 | yourparceluk | A36IM5DXIBUADQ |
| 159 | findema | A37SOF0XGUJPRI |
| 160 | Great Home es | A37WS585659J1J |
| 161 | chaotai | A38A9WJPMYWETQ |
| 162 | YZKK | A39G5OJUKMRUW9 |
| 163 | sue shop® | A3AQ64Z18VBZ7H |
| 164 | hello erery one | A3B1FE3A6I02RU |
| 165 | Lucktar | A3C2O90YJUPJ9R |
| 166 | HEYLIO | A3CUO53K527EW9 |
| 166 | HEYLIO | A3CUO53K527EW9 |
| 167 | x-nian | A3EIVCO21GJI6Y |
| 168 | juyuan-1 | A3GV64K12S8Y5F |
| 169 | Fuzhoujingjijishukaifaquzhongantouzihehuo | A3HB9EXTKDTSZX |
| 170 | Tenyse-K | A3IF5KLP81H0O1 |
| 171 | Founen lc | A3KQ7FKQASS1Z1 |
| 172 | Shanborte | A3L1ZVJODUS2ZP |
| 173 | cloud light | A3M0NH3UXK12ES |
| 174 | Letway | A3N92WVE8CPMQU |
| 175 | Glaphens | A3P0WZE5E6H8MH |
| 176 | ALL SUMMER | A3P47OAEQPGSKF |
| 177 | PLAVALNikolov | A3QOVN9A93WE0E |
| 178 | HARMO | A3QRTX3ZC3QC40 |
| 179 | eegibang | A3R0XJOGBE0HI3 |
| 180 | shengshiyujia | A3ST2A8KIKMDUK |
| 180 | shengshiyujia | A3ST2A8KIKMDUK |
| 181 | zootop | A3SVX9VFRAFLDQ |
| 182 | Umlccy | A3THSQDRR95Y2S |
| 183 | Thinp Direct | A3TPEZR20CMMQA |
| 184 | ledogo | A3U1K2G7UIPGJY |

| | | |
|---|---|---|
| 185 | Martian sky | A44GULPWGT3K0 |
| 186 | NASAN | A49CI7OOD1GJC |
| 186 | NASAN | A49CI7OOD1GJC |
| 187 | Chengstore | A76T9T27F56TP |
| 188 | ST. Felice | A8CIS2MS4PGC1 |
| 189 | REKOBON | A8FLJ6B3JUKQ2 |
| 190 | FTQ E-commerce | A9TV3ZFBO6QDZ |
| 191 | Jesse-Ye | AB7QJOBEXQR22 |
| 192 | Messagee EU | ABKAE90G00ODM |
| 193 | zhengdingxianfangxiabaihuodian | ABYGF9P60S0XO |
| 194 | Xinkai Tongze Store | ACVQJFVK31PQ7 |
| 195 | rowna | ADG7V0LS1F890 |
| 196 | Yeeel USA | ADGEK06TJ3OFH |
| 197 | Aiterwu | AE0GVTX0GK9FR |
| 198 | Altear | AFJHCB7TGJVGT |
| 198 | Altear | AFJHCB7TGJVGT |
| 199 | Top Up shop | AFUTQL1I2ZSY0 |
| 200 | Zheng Rui Lan | AGEHMPKTEJ7LO |
| 200 | Zheng Rui Lan | AGEHMPKTEJ7LO |
| 201 | TaiYuanYanShanMaoYi | AHIIYVJ0P0DJL |
| 202 | gsaxny | AKKE4A3P47WEU |
| 203 | Les Theresa （FBM 14-18 Days Arrive） | ALBS1LTXEN7U4 |
| 204 | neutronet | AMUO8FLE8MOT9 |
| 205 | Geeriu | AN3QLT9N21E5P |
| 206 | INTVN | ANXFCVWTC39Z9 |
| 207 | yidetrading6 | AOH3TLJTHN11E |
| 208 | SANcoly | AP2MXLBYWVP97 |
| 209 | York Eliot | APA2QI5VN40IT |
| 210 | Tiardey US | APAVODT13X4FW |
| 211 | adgvsga | AT57R8QOF2R3R |
| 212 | YICHENGJIMIN | ATAQ0IK1ETJOK |
| 213 | ZSbest | AVHF6BXZRGG17 |
| 214 | LETS MEETi | AZIHONJFR8123 |
| 215 | Banggood | Banggood.com |
| 216 | georgen | 20252503 |
| 217 | Cocosoly_instrument | 20895996 |
| 218 | gl8888 | 21333800 |
| 219 | foson_household | 21555292 |
| 220 | majiu02 | 21557298 |
| 221 | buygoodstoreso | 21557315 |
| 221 | buygoodstoreso | 21557315 |
| 222 | hubilei | 21566898 |
| 223 | buychanstores | 21570211 |
| 224 | homefactoryco | 21573462 |
| 224 | homefactoryco | 21573462 |
| 225 | chanyankui | 21579312 |
| 226 | hantaotao | 21579320 |
| 227 | firewinner | 21579536 |
| 228 | weidinguo | 21579569 |
| 229 | waterwin | 21579570 |
| 230 | penfeifei | 21579573 |
| 231 | ninemarshall | 21579575 |
| 232 | 3706442 | 3706442 |

| | | |
|---|---|---|
| 233 | 2020universal-3 | 2020universal-3 |
| 234 | 2us_2eyi6s3 | 2us_2eyi6s3 |
| 235 | 5happydeals | 5happydeals |
| 236 | 77148-itewq4gp | 77148-itewq4gp |
| 237 | 97k-toprated | 97k-toprated |
| 238 | ab_shop | ab_shop |
| 239 | acarmotoring | acarmotoring |
| 240 | acwholesaler | acwholesaler |
| 240 | acwholesaler | acwholesaler |
| 241 | amazing_fast | amazing_fast |
| 242 | amersui | amersui |
| 243 | apollonoslimited | apollonoslimited |
| 244 | attraction4uk | attraction4uk |
| 245 | au_mart | au_mart |
| 246 | autopartm | autopartm |
| 247 | bestinthebest | bestinthebest |
| 248 | bestonline88 | bestonline88 |
| 249 | bestsun82 | bestsun82 |
| 250 | better-like | better-like |
| 251 | better-shop777 | better-shop777 |
| 252 | better8337 | better8337 |
| 253 | bifengsi-3 | bifengsi-3 |
| 253 | bifengsi-3 | bifengsi-3 |
| 253 | bifengsi-3 | bifengsi-3 |
| 253 | bifengsi-3 | bifengsi-3 |
| 254 | bluelink88 | bluelink88 |
| 254 | bluelink88 | bluelink88 |
| 255 | brachmag | brachmag |
| 256 | conoshine | conoshine |
| 257 | covrivers | covrivers |
| 258 | cuckooclubs | cuckooclubs |
| 259 | ddd0_10 | ddd0_10 |
| 260 | deu_auto | deu_auto |
| 261 | directuksht15 | directuksht15 |
| 262 | domecool | domecool |
| 263 | elkyshop | elkyshop |
| 264 | fansfuny | fansfuny |
| 264 | fansfuny | fansfuny |
| 265 | fashion-shop86 | fashion-shop86 |
| 265 | fashion-shop86 | fashion-shop86 |
| 265 | fashion-shop86 | fashion-shop86 |
| 266 | fashion-space7 | fashion-space7 |
| 267 | feel-the-deals | feel-the-deals |
| 268 | fengs-60 | fengs-60 |
| 269 | finding_23 | finding_23 |
| 270 | freshmall3 | freshmall3 |
| 271 | funnygift-store | funnygift-store |
| 272 | gg2266 | gg2266 |
| 273 | giedtum-0 | giedtum-0 |
| 274 | gld_germanladen | gld_germanladen |
| 275 | gracebuy_trade | gracebuy_trade |
| 276 | gurukirpa-london-ltd | gurukirpa-london-ltd |
| 277 | heavenstores | heavenstores |

| | | |
|---|---|---|
| 278 | hello_staycation | hello_staycation |
| 279 | hi_australia | hi_australia |
| 280 | hotpytaste | hotpytaste |
| 281 | i_parrot | i_parrot |
| 282 | i_penguin | i_penguin |
| 283 | i_shark | i_shark |
| 284 | inter-discount0 | inter-discount0 |
| 285 | jewelr-2958 | jewelr-2958 |
| 285 | jewelr-2958 | jewelr-2958 |
| 286 | jin9-9071 | jin9-9071 |
| 287 | kaixuan-1 | kaixuan-1 |
| 288 | keedodoo2015 | keedodoo2015 |
| 289 | kikoled | kikoled |
| 290 | leligine | leligine |
| 291 | livingcenter-us | livingcenter-us |
| 291 | livingcenter-us | livingcenter-us |
| 292 | losmee | losmee |
| 292 | losmee | losmee |
| 293 | luckiness_88 | luckiness_88 |
| 293 | luckiness_88 | luckiness_88 |
| 294 | lwenj_40 | lwenj_40 |
| 295 | manquit | manquit |
| 296 | mayocean | mayocean |
| 297 | miracdiam666 | miracdiam666 |
| 298 | mirpop | mirpop |
| 299 | monta_6435 | monta_6435 |
| 300 | musicinstrument-us | musicinstrument-us |
| 301 | musicking_us | musicking_us |
| 302 | musicstore2020 | musicstore2020 |
| 303 | niupoz | niupoz |
| 304 | nizhanx | nizhanx |
| 304 | nizhanx | nizhanx |
| 305 | nongsv_32 | nongsv_32 |
| 306 | northerncomm_33 | northerncomm_33 |
| 307 | obera2020 | obera2020 |
| 308 | outdoormall19 | outdoormall19 |
| 309 | phenix*9999 | phenix*9999 |
| 310 | phonejourney | phonejourney |
| 311 | posh.lk | posh.lk |
| 312 | powerhigh-us | powerhigh-us |
| 313 | rlyon25 | rlyon25 |
| 314 | shenyang86y | shenyang86y |
| 314 | shenyang86y | shenyang86y |
| 315 | shop_8685 | shop_8685 |
| 316 | since977 | since977 |
| 317 | superfastpost | superfastpost |
| 318 | sweetbeauty66 | sweetbeauty66 |
| 319 | sweettang666 | sweettang666 |
| 320 | teafans | teafans |
| 321 | teammadegroup2011 | teammadegroup2011 |
| 322 | the_goby | the_goby |
| 323 | thebest_mz | thebest_mzq |
| 324 | tomorrowhome | tomorrowhome |

| | | |
|---|---|---|
| 325 | tutuna | tutuna |
| 326 | umaial_27 | umaial_27 |
| 327 | usyeah | usyeah |
| 328 | vectorplay1 | vectorplay1 |
| 329 | vetkinsondeals11 | vetkinsondeals11 |
| 330 | viktorijastoreworldwide | viktorijastoreworldwide |
| 331 | vkngygb3p | vkngygb3p |
| 332 | wheatriver | wheatriver |
| 333 | xujialai7891 | xujialai7891 |
| 334 | yangyoulin6669_4 | yangyoulin6669_4 |
| 335 | yankey87 | yankey87 |
| 336 | zaopopo_5 | zaopopo_5 |
| 337 | zzaloud | zzaloud |
| 338 | Happy family | 15119277989880379058-215-3-26193-3032494929 |
| 339 | Foreverchic | 15161728084123329034-43-3-26193-4154289730 |
| 340 | Survivor | 5b8e62d81436d4037e8b381c |
| 341 | GZMM-HomeGadgets | 5c2cdd6a28fc7103014b9375 |
| 342 | GM GongYuan | 5d994c598b2c3703010e2026 |
| 343 | peigu-Hobby, Sport, Traveling 02 | 5da8223836b54d030115e06c |
| 344 | Arrohaftail Store | 5dd629ed8b2c370301399bf6 |
| 345 | Amily | 5e0ac82128fc71030156f369 |
| 346 | Fitness Daily | 5e8d72e01436d4030162f1c0 |
| 347 | Health care-02 | 5ea25ecc28fc7103013c48a2 |
| 348 | Acelotti | Acelotti |
| 348 | Acelotti | Acelotti |
| 349 | Azazel`s Marketplace | Azazel`s Marketplace |
| 350 | besteffial | besteffial |
| 351 | Enjonir | Enjonir |
| 352 | Fineros | Fineros |
| 353 | Ivan | Ivan |
| 354 | Loreesoul | Loreesoul |
| 355 | Lotinni | Lotinni |
| 356 | Lunarnight | Lunarnight |
| 357 | Manmai | Manmai |
| 358 | Muzzttiy | Muzzttiy |
| 359 | Redbey | Redbey |
| 359 | Redbey | Redbey |
| 360 | Royal beller | Royal beller |
| 361 | Royalbeller | Royalbeller |
| 361 | Royalbeller | Royalbeller |
| 362 | Surjion | Surjion |
| 363 | Yespaer | Yespaer |
| 364 | ynaheim | ynaheim |
| 365 | bobofu.shop | bobofu.shop |
| 366 | cherryloops.com | cherryloops.com |
| 367 | deineweltladen.de | deineweltladen.de |
| 368 | galacticgalore.com | galacticgalore.com |
| 369 | guitarsome.com | guitarsome.com |
| 370 | hotitemdeals.com | hotitemdeals.com |
| 371 | lucky-vogue.com | lucky-vogue.com |
| 372 | rawinner.com | rawinner.com |
| 373 | shopandbagel.com | shopandbagel.com |
| 374 | varyshops.com | varyshops.com |

| | | |
|---|---|---|
| 375 | yunitrendz | yunitrendz |
| 376 | freebird | 52bd3ddb34067e4620a4c62d |
| 377 | recovery | 5344b01971795129ea8c47db |
| 378 | questionno | 5344b0e471795129ea8c47dc |
| 379 | teacher | 5354e48a7360462eb27a7668 |
| 380 | weimingzhao | 53cf54c2ff4d6d477edc6790 |
| 381 | Phone_face | 53eb144b104dae3decadacb6 |
| 382 | HomeTop | 53f5993c1c105e029bd31a1e |
| 383 | kisstyle | 5475d82d5f313f68aff1f79b |
| 384 | guangzhou xinguang co. ltd. | 54869f80546ead6e5b318f5b |
| 385 | EOP Trading Co.,Ltd | 554c6e61ad24643dd8f80174 |
| 385 | EOP Trading Co.,Ltd | 554c6e61ad24643dd8f80174 |
| 386 | songshangdianzishangwuyouxiangongsi | 558f81501c263f40245ee5ae |
| 387 | bigfanscome | 55ae078ae9b4cd40524b5604 |
| 388 | china anan trading Ltd | 55b0cc1a85fe754065b709fe |
| 389 | Refle | 55dc34bc8950c811f43a47f4 |
| 390 | TopEStore | 55ee809cb3ad374226a9d2ab |
| 391 | Harmony Mall LLC | 55f924f1c489c26f53e3a014 |
| 392 | Explorer007 | 5600def546d47a5e544f2224 |
| 393 | kaitongcheng | 562490c72836c30fb3b6a9a9 |
| 394 | best4choose | 563c0868903dec149c0cdcac |
| 395 | allgoodforver | 56541b80c47fa1502310abef |
| 396 | shenzhenshilanchiyuemaoyiyouxiangongsi | 56555ec09f13014cf8bf842f |
| 397 | astera | 566a3ccff68b72268630e57b |
| 398 | Love-youly | 5684eea573c0e0298eb91f79 |
| 399 | Queense | 56960f824c8ba671207fcee5 |
| 400 | romancehouse | 569e2c5b12f02620be90d891 |
| 401 | New Life Industrial Co., Ltd. | 56c8341fa0a844136bafddc2 |
| 402 | BEGO | 56d5557c9a03dc2ed14d9509 |
| 403 | aishangbaotemaidian | 56dd16151cff0316adfd97f1 |
| 404 | hedgehog | 56ebcca215b340589dacdd8b |
| 405 | Lin zi | 56ed3b453a698c2956197347 |
| 406 | honeyed | 57148f8c1013285af9c26a85 |
| 407 | leaders-SDE | 572079848606085951403641 |
| 407 | leaders-SDE | 572079848606085951403641 |
| 408 | videscott | 57218a7a8ec7132f3f1032d8 |
| 409 | All-say | 572869964818445914e76236 |
| 410 | fanci | 572af6ae33c232594409e8d3 |
| 411 | ECHO Outdoors | 573d76e57493e259381c4913 |
| 412 | Electronics-fans | 573e9d5e7255d16bc7bdb425 |
| 413 | Dream Jack | 57565d33e5d9a95cd4c82c26 |
| 414 | Aaslaluoto | 577c965e66501074a8c765b9 |
| 415 | shenzhenxiaozhishangpu | 5788dc8d88eb7a2e8a04b1b2 |
| 416 | junqingy1 | 57b43e5ba3ae9a406cc9ff7f |
| 417 | Orchidss | 57b6cf1f03e4a25304b84159 |
| 418 | Summer windy | 57be8d41c7a8e937ab0c347f |
| 419 | sikefandianzi | 57e27c209345972f1c601755 |
| 419 | sikefandianzi | 57e27c209345972f1c601755 |
| 420 | lujinwen | 57e60c7971a415097dcae5ee |
| 421 | Wang's Flagship Store | 57fe38da0fb8e34186a802eb |
| 422 | bestreven | 580858c96d2e794580763925 |
| 423 | Anemone | 58100fbcde5bf01b645c77dc |
| 424 | Double33 | 58103d66d99ea956fbaf2fa4 |

| | | |
|---|---|---|
| 425 | Xutao | 5819d4354199ad024c4f3eb3 |
| 426 | fderdads-j | 582a769af6872e749e4cfd9b |
| 427 | A Lot of Love | 583419ee6ae0991b79de1c7b |
| 428 | XL-bridge-01 | 583682b775325b1c63e8bfd4 |
| 429 | gg159 | 583bc7cc168b540495e2bfe7 |
| 430 | huangchen123 | 58410459a81dba0befad0921 |
| 431 | shenzhengbo | 58427b16d269e94f8c96f1d0 |
| 432 | shuguang1hao | 5842a410f2dd8e4e8667dcbf |
| 433 | qinrui | 58451ec0e18c0f44525bd99e |
| 434 | Xooblk | 58490b69fef4096a9a4d65c4 |
| 435 | lidongliang | 584a97dca55ed20947d5f003 |
| 436 | longyingping | 5850d2311560b16e83f31fe6 |
| 437 | efde | 585294affef409198c814a99 |
| 438 | Precious Time1 | 58529cd42f5e5313bbd6e38d |
| 439 | LisaYoung's Special Dress | 5854c905f9fda754debf38ee |
| 440 | Grace220shop | 5854ce0e15c83d5432761836 |
| 441 | Different soul | 585b7f02a327cf4ca360a9cd |
| 442 | hhjj | 585cec7f1591457834738515 |
| 443 | wenwenxiaodian | 586370c852b1644d78431ffd |
| 444 | chuangzaoweilai | 586383d252b1644d6e432979 |
| 445 | xupengpeng | 586b9925f69dc34d6d72b679 |
| 446 | sense&presence | 586f5f28e4f82d2b46a9b628 |
| 447 | aidejiushiniya | 586f898bc5906e4f6a7e06e4 |
| 448 | XIAOXIAOTIAN | 5873476fceed5f4cda90b95b |
| 449 | FunFunToy | 58748b06dfa6bc6888661475 |
| 450 | kafeixiaowu | 587e17db23d8dd4d7deeb9ea |
| 451 | Rangaa | 5888222504c9294d6c0ca30b |
| 452 | sweetwant | 58a2ab9e3fcd7250ced44bd6 |
| 453 | Candy fantasy | 58a2c7763fcd7250ced4566b |
| 454 | Utopia Shop | 58a3c33cb4075352e7238c62 |
| 455 | panchangqiang561 | 58a55169acb1184f9a2630aa |
| 456 | fuguomei769 | 58a55ada3325877eedcb18b5 |
| 457 | 2017perfect | 58aab34685391350d947de7b |
| 458 | zhouyufeng | 58aad08dcfeb7c5040f2b706 |
| 459 | xiao cao di | 58ad69a25d44995823fa8230 |
| 460 | lovedong | 58ae64a88a58e168be796fe5 |
| 461 | zhangyuwen | 58b1a3d511957253ee3925d9 |
| 462 | miss miss you | 58b3f8f5e78eb3504b592004 |
| 463 | liuchaoya | 58b4ea8efc743d5074bca8f9 |
| 463 | liuchaoya | 58b4ea8efc743d5074bca8f9 |
| 464 | Ethel chen | 58b7e05cb7404d590c2c4954 |
| 465 | cliff-hanger wang | 58bd301798a47062408e636b |
| 466 | yuyy | 58c3baad511b2050ff8187bf |
| 467 | trendydress1 | 58c67a82186a33513b07d1d9 |
| 468 | hecui520 | 58ca5ef47b385175ea5a00d0 |
| 469 | Mia H. | 58cf6fef6509e7511882079f |
| 470 | iuyhr | 58d08828411d8c766312ecbf |
| 471 | luckstoresz | 58d230b20cb62852b1ae39ca |
| 472 | MenClothing2017 | 58d267969ca6ed52a61f9ecd |
| 473 | fdssfg LI | 58d3727d68ce84578bb979d9 |
| 474 | Longyee | 58d5183f9ca6ed15b2dd109e |
| 475 | tkbyty | 58d8c0acd61aa056087d36a9 |
| 476 | dotopop | 58da1235c430d82923cf7461 |

| | | |
|---|---|---|
| 477 | huahee | 58da208ad50ade52cb16b7d6 |
| 478 | zsxxery | 58dca3c8b466286d3d5159d6 |
| 479 | zhanghongyue | 58e635492d91301f043a9bf0 |
| 480 | liberty cute | 58eca5cbedebff142915c8c8 |
| 481 | Lingsun Tech | 58eccd0f22495c62ac0676d3 |
| 482 | xiaobudianer | 58ef1afc441fb811552f4bd0 |
| 483 | homexbd | 58ef50c50d2756121265581f |
| 484 | beauytxbd | 58ef548620f9dc13e48d0f8f |
| 485 | mamaxbd | 58ef59aec1c94c15678e2f36 |
| 486 | fashionxbd | 58ef5c88b6985d11e87bd45e |
| 487 | hobbiesxbd | 58f04213441fb80768e2f9ec |
| 488 | bagxbd | 58f0433104ea325baf855d89 |
| 489 | Zhiqiang Network | 58f448d7cabaf910f0064736 |
| 490 | youtobee | 58f5c3654b1c5b5175654cef |
| 491 | luoluo6668 | 58f614409a027c7df17c1bf0 |
| 492 | Jack's Online | 58f87411b25fc6150bf3cd9f |
| 493 | Hey Go | 58f9a50611dfa9110104b930 |
| 494 | Gyroscope | 58fb3d80c509bf4bf8097d7b |
| 495 | hangzhoushenduhg | 58fca050c3c04410f6d3bbbe |
| 496 | sforworld | 58fffc36b3e3224d07a16be0 |
| 497 | heartbreaker | 5904676034baac1cf9b482f0 |
| 498 | Putars Shop | 59095310526939563bb423 |
| 499 | jobs report | 590989defc9cce18964231bf |
| 500 | baifutai | 590ad6951c249e21b4ded5d2 |
| 501 | coldwinter | 5913d8af309cc024c0fc2de0 |
| 502 | tang2017 | 591455a74b5a47110a9d96f7 |
| 503 | xsMall | 59159eaa980a3435c72fc3fc |
| 504 | springere | 59167b334cb67614ced64f61 |
| 505 | Cai ni er | 591680bd797faa6718117cff |
| 506 | Jurehe | 59193b222da1ba0cfdcfadf1 |
| 507 | Ke Jia Feng | 5919431cb687a86974924b14 |
| 508 | bfteletronic | 59240aa604fc04799ce70e69 |
| 509 | bftaccessory | 59240bfb70f62949c41b61d2 |
| 510 | bftbag | 59240ecdf12c64787cc39a73 |
| 511 | bftgadget | 5924119df12c646ed0c39cfd |
| 512 | shesmidas | 5924e4598d8df11ef6c60095 |
| 513 | Huphoon | 5926b1b1b674b11a09ec694f |
| 514 | major milestone | 5927c4a02a175127f434628c |
| 515 | SK\|<HeatoN> | 59311b86fc0f2454316acb61 |
| 516 | Micro Tech | 5932237f7fe241655c7d0199 |
| 517 | zhaihua | 5937a29720d56c4c8fb895ce |
| 518 | 4ElemenT | 594255353e90ea1ce5632f77 |
| 519 | phiess | 59479853134b356cf2929ca1 |
| 520 | Jallis | 594c7d27fc079109daa9d657 |
| 521 | Transformers roll | 594cec5f2eac114e7cb809bb |
| 522 | Bonpoto | 594cfdbfabea915be0eb0c76 |
| 523 | The Big Red | 5955ba68c25081160b78c86e |
| 524 | gaoan | 5959e2e088709f7c52498b49 |
| 525 | Efitty | 595b52762dcaec59f2629dd7 |
| 526 | Flykate | 595b769dd4cc344bc1c35703 |
| 527 | Regularinstruction | 595c95b37fe2417a9d8adc41 |
| 528 | fooreste | 5962de299579d8515108913e |
| 529 | mengxinhong | 5965d1ca8263385ad6e25b49 |

| | | |
|---|---|---|
| 530 | wuqian store | 596721139579d850d0ada50a |
| 531 | love_hq | 596ae74a60b5b26ec96a0d94 |
| 532 | sdfghj | 596c30092dcaec30c017c26d |
| 533 | bangq | 596df4a4b1a4ca1e2fc9d68d |
| 534 | lanxiaokeqing | 596ef0c8d44a9b429c1e0b30 |
| 535 | FantyTech | 596f3ac92dcaec10e87589f4 |
| 535 | FantyTech | 596f3ac92dcaec10e87589f4 |
| 536 | hurunni | 59756db64b913a79c0a21695 |
| 537 | foopot | 5976a12a21064f277ee7606c |
| 538 | xiaoxianVV | 5976f415e2bfde2e478b7650 |
| 539 | daditong | 597714818ee78d05b751d1e1 |
| 540 | Celendi | 597943844b913a733d686025 |
| 541 | 1717KM | 597a9df34b796e46a1b19e62 |
| 542 | oxidation | 597af13d21064f1a822a4f54 |
| 543 | zhoubaocun5h6 | 597f17e93eb22a669a268c66 |
| 544 | groanedvaluable | 59803cbb60b5b229fd3322bf |
| 545 | refugetake | 59814f8eeea5c55f29f202f7 |
| 546 | roadsidestall | 59882655bf2553744611f5c3 |
| 547 | 87timingbrillian | 598aba5c90a0f1680c01694c |
| 548 | HXLmall | 598adede4b913a0689e5f8b0 |
| 549 | Longweiyi | 598bdb614b913a0221a0e424 |
| 550 | Guaiqi | 599ce6483eb22a561cc9d250 |
| 551 | DBLOV0807ER | 599d5f9b8f545e3f7f8e8895 |
| 552 | shopauction | 599e82ae2351346206c3cd71 |
| 552 | shopauction | 599e82ae2351346206c3cd71 |
| 553 | Fernande | 599e8d719fbc51432ab4c2de |
| 554 | YuChenJia | 59a92214776ab96fcff78181 |
| 555 | gaojun123 | 59aa934b8ee78d6568977a90 |
| 556 | yunping | 59ace9ff30e1f33376397a29 |
| 557 | mengmy | 59ae9f58ae228e35273741e9 |
| 558 | speedmk | 59b349e969eced4a0e5d7059 |
| 559 | xiaohugstore | 59bbdc0f52c6c96e4850532e |
| 560 | jiangyingy8484 | 59bd1c0b9fbc51570ecaa71d |
| 561 | yaoxueyu920 | 59bd494e90a0f128f46aa66e |
| 562 | syqdsa | 59bf7b83776ab95c1684bebb |
| 563 | scjdaf | 59c2257d9d8c654cbdd6631c |
| 563 | scjdaf | 59c2257d9d8c654cbdd6631c |
| 564 | rugsdreamorn | 59c3ae8dae228e41d222a2c7 |
| 565 | crjdsl | 59c8c00d9bb61c148c9b52e1 |
| 566 | cjdsn | 59c8c2e715da0769140edaf1 |
| 567 | syueert | 59dde4f49fbc515ca12a7825 |
| 568 | purpledoo | 59df4d1615da07122388aac0 |
| 569 | Knoc_knock | 59f2de3ffd9db82477d0d801 |
| 570 | Placid_House | 59f81118eea5c565d667d08e |
| 571 | my_accessory | 59f84b42dc7a913751dff5a3 |
| 572 | big_diamond | 59f98b136ea4a76dd3c63a8c |
| 573 | rose_kiss | 5a02b6ae518c1c3532d94f2a |
| 574 | panzhiying | 5a0506cf448a5278e27756fe |
| 575 | dailylifeexpert | 5a0598638cf0ed30e84f76d5 |
| 576 | dongxinstore | 5a0bef0f6ea4a715d3b74612 |
| 577 | fjxxyouth0103 | 5a10e3c50f193f18afea724f |
| 578 | JXYJYX100831 | 5a1f79359d0a7b69c3fa4b65 |
| 579 | xiyanmaoyi | 5a2dffe8028bbd0f1e6e3f99 |

| | | |
|---|---|---|
| 580 | goods2011 | 5a3089711696094486d7f88e |
| 581 | liulifangd | 5a33c1337ce75c4312349923 |
| 582 | x6yehai | 5a377939a6b65c7662d2efe1 |
| 583 | meimeili11365 | 5a389e206d2c6b48198e3d4a |
| 584 | Wangyanher | 5a3af76b12fa1c4740a6c57e |
| 585 | okking | 5a4aefc9e62bbc790b42b2c1 |
| 586 | EasonXu | 5a5899af3c3aa23f1181d5c6 |
| 587 | SoulHins | 5a59ed5f430b716cb04de91b |
| 588 | MAXSITINAN | 5a7189f418d9214b293cb713 |
| 589 | itsgood6 | 5a9d2a9d9c15ff5d7a1372fa |
| 590 | asyouhope1 | 5a9d32660e63fa35416b2bb1 |
| 591 | Mziaoo | 5a9f8e8a40626a227c7ae505 |
| 592 | Loxien | 5aa0ed37c3911a2434de0717 |
| 593 | moerdejiawu | 5aa22bb79c15ff1fa9ea1abf |
| 594 | Krion | 5aa63bd91843543f0e0e2172 |
| 595 | Hvocan | 5aa65f574f6b49587a1f93ea |
| 596 | SHUTEBO4 | 5aaf8ab8b9605f1f0501e064 |
| 597 | Leatean | 5ab0851467d25c4763b63496 |
| 598 | liaatin | 5ab1faa92dde5e09033f7d7d |
| 599 | Farreson | 5ab3475240626a59721403fd |
| 600 | zhangxiaorongssds | 5ab880bdc98949788febf310 |
| 601 | fantasticboom555 | 5abc9f33ea87642840e82aa1 |
| 602 | Pancollis | 5ac1faa5b722cf7909296346 |
| 603 | woaiweishixing34 | 5ac4db60417cee79e6b96515 |
| 604 | Renttitos | 5ac6dda715511a444aba78a5 |
| 605 | Dashbuttonshop | 5acb2eed75599a363c774ed0 |
| 606 | Kigoroud | 5acdba9418435479e1a2ae0b |
| 606 | Kigoroud | 5acdba9418435479e1a2ae0b |
| 607 | Mardeari | 5ad0723bb125ab7f989558d3 |
| 608 | jungege123 | 5ad0924d47a0e7037bc94845 |
| 608 | jungege123 | 5ad0924d47a0e7037bc94845 |
| 609 | Sandinkar | 5ad4138418d921376a753bb4 |
| 610 | Lemmint | 5ad43f72beed1214d4516a42 |
| 611 | dhgucd | 5adaaa41abef9523285090ac |
| 612 | miniteyangliu | 5ae030d71843546cfa3f6f94 |
| 613 | ooweiusarfewhqoinvdsqa | 5ae2cea9cd968d6f3612c56d |
| 614 | longfeili | 5ae9aa2c9a7c11115a187b4c |
| 615 | Broator | 5aea7853cc8a251c74613d08 |
| 616 | Walddert | 5aea828c7a1fe4117f0bfa33 |
| 617 | w12eee | 5aeac42f618aa1178d182cbe |
| 618 | Uncouplet clothing store | 5aead33bbb52321d050fa7fe |
| 619 | qhy08 | 5aebd2613b527c5fd537c2df |
| 620 | hefanggxz | 5aed52021c25002b70fbef4b |
| 621 | helongsky | 5aeea4491c2500074dfbe903 |
| 622 | lhycc3 | 5aeeb23ef0b75f0bb5bd5e4d |
| 623 | yuanffc | 5aeecc10e9b7230202e10cfc |
| 624 | weigejianshenqicai | 5af0ed521c2500355d9bd868 |
| 625 | liningyundongzhuang | 5af167a3a6ed923d28982651 |
| 626 | zxjddp51911 | 5af290a83129a41c03554e16 |
| 627 | BIEJINGGUSHI | 5af52b0cfbf60d71c6985559 |
| 628 | Sottila | 5af659f78699ce6280dd5fa4 |
| 629 | youzhishanyaodian | 5af667d9c197401e511e360c |
| 630 | pinpaineiyi | 5af8f1098699ce0538dd621b |

| | | |
|---|---|---|
| 630 | pinpaineiyi | 5af8f1098699ce0538dd621b |
| 630 | pinpaineiyi | 5af8f1098699ce0538dd621b |
| 631 | lllsssp | 5af95d56642fc716b28b6085 |
| 632 | P PENGJIE | 5afaa33c8aa33d3d4dbd824a |
| 633 | haoxiezi | 5afbc0d23beec1716f4d479d |
| 634 | ctrkiyu | 5afbdf58cf6b2612db264ed0 |
| 635 | doussyonggan | 5afbe47361b19617277cd143 |
| 635 | doussyonggan | 5afbe47361b19617277cd143 |
| 636 | meilijiating | 5afc03fb61b19624307cd2b4 |
| 637 | panlunhao | 5aff860ff853f454a8473bed |
| 638 | Suiipaer | 5affa0c77d4d84604390b889 |
| 639 | xinyangwahang | 5affd474bdade47b61619792 |
| 640 | aihualaonian | 5b00d2cc9a338512336d3da6 |
| 641 | haolosun | 5b013e8abdade44bf5619a10 |
| 642 | hansongtiaoliao | 5b025c62eb411319e771bf9d |
| 643 | gaosqin | 5b0389af5920691c2995c82c |
| 644 | FfengLi | 5b03c5402f9ef6139a65aad4 |
| 645 | ynzhiqing yang | 5b03e1d46d232a2231f19a4b |
| 646 | yixuan lin | 5b07961f223c4024eddd0dd8 |
| 647 | Wang11 | 5b08dc2b01287510f676ebcd |
| 648 | ligaiyun520 | 5b0f72f06b930213316b7d1f |
| 649 | ZILIN2011 | 5b0fad6d7e43f237ff6abbc1 |
| 650 | xuzhenfeng | 5b1123efc258693088beb981 |
| 651 | yidingnengxing | 5b1126467e43f22c124ea8d2 |
| 651 | yidingnengxing | 5b1126467e43f22c124ea8d2 |
| 652 | wangxiaotin | 5b14a5f5c2586925d1a909ae |
| 653 | meizhoujiu | 5b1792232c3c1d149daa5769 |
| 653 | meizhoujiu | 5b1792232c3c1d149daa5769 |
| 653 | meizhoujiu | 5b1792232c3c1d149daa5769 |
| 654 | wujialu | 5b2201b72b041003178466a1 |
| 655 | tangfeishop | 5b223be2daac4553e21b8a39 |
| 656 | xiaoguiling | 5b24edf0d1c360301099e9c6 |
| 656 | xiaoguiling | 5b24edf0d1c360301099e9c6 |
| 656 | xiaoguiling | 5b24edf0d1c360301099e9c6 |
| 657 | sunnydailytoo | 5b28b30ed1c36004ef8a52ea |
| 658 | wellcorporation | 5b28b7992b04103b021521ff |
| 659 | zhaoqing198903 | 5b2e0b91337afb5658eb5227 |
| 660 | Banbudadada | 5b3091657752c8045c725e64 |
| 661 | jifanglianghua | 5b321e27eae8b42e038fee9c |
| 662 | santangdian196 | 5b3432e2832a4752195f92f1 |
| 663 | Oitg543giger | 5b3b3a1838e2640cd0a54c78 |
| 664 | Cartoon doll specialties | 5b3d8f52ce10452c92391ae3 |
| 665 | civotyis | 5b44534106b7f51e8a7f98b2 |
| 666 | Shenzhen Shi Sande Keji Youxian Gongsi | 5b4c18a5aa70863379694d06 |
| 667 | Prettycottage | 5b5318e30fa36925211117f7 |
| 668 | Triangleshop00 | 5b53512bb56d05497e97f7b2 |
| 669 | Xiaoxi Mika rabbit | 5b5571735d643e178c9b004e |
| 670 | Small snowflake children's clothes | 5b5827d8c248ee25b2e5d850 |
| 670 | Small snowflake children's clothes | 5b5827d8c248ee25b2e5d850 |
| 671 | OhSRCool | 5b5ad0255d127937521aa0fd |
| 672 | PNCZSK3099 | 5b5e97d2b3318e3606ee9bca |
| 673 | Cold Grassland | 5b611b498dc5222676ccfbaf |
| 674 | xiaoHgaoduandingzhi | 5b615c63b30fd52316d54c6d |

| | | |
|---|---|---|
| 675 | sun27shine | 5b641b0bacc11844222b6e95 |
| 676 | Bratte Hunt | 5b6c0ad9adbf94120e4bf467 |
| 677 | Parasonou | 5b6d5846d50c290e594ad99d |
| 677 | Parasonou | 5b6d5846d50c290e594ad99d |
| 678 | Fengpum clothes | 5b6fae08838d932c20c009fa |
| 679 | swollen | 5b70ee62b2fd2e20be79132e |
| 680 | qianyuanyuan0515 | 5b752a832cf07d1c9d0851e1 |
| 681 | keairuzhuei | 5b7cf65c7956ef700e20dc30 |
| 682 | Flash Rain | 5b7d0d7a6ad2e1178dae5852 |
| 683 | yangyan1987 | 5b83b58711ab202381df1f0d |
| 684 | daishuma | 5b8914b39058ed4ccfda0837 |
| 685 | Firefiy Store | 5b964b33c60dba1c11d6e5b0 |
| 685 | Firefiy Store | 5b964b33c60dba1c11d6e5b0 |
| 686 | nkhift | 5b99a73c2001902cda7b0f5e |
| 687 | nakuai | 5bee6eacd08fd96836159c9d |
| 688 | Yingxinly | 5c2c2b2c5c2e6c36855f508e |
| 689 | Newyeari | 5c383ec3c401dd12bce198c0 |
| 689 | Newyeari | 5c383ec3c401dd12bce198c0 |
| 690 | Feichirens | 5c667b47e1bbe72ea5545033 |
| 691 | bluefxl | 5c78f30db9944b2e287ad7f9 |
| 692 | Yelinad | 5c7fa224088ea378424615bd |
| 693 | zxiomtl | 5c94bb07f907ea2bf02591e6 |
| 694 | LongServiceyou | 5c9981464cb46326e9fb369c |
| 695 | ketong | 5d1d6af9a0de0f0b8838b207 |
| 696 | ningyuxuan19111 | 5d3a979470327a40d7b4ec06 |
| 697 | Localexpress | 5d3aab004331154e9767fe5f |
| 698 | nice wizh seller | 5d3bbc6f70327a07f6c59e5d |
| 699 | MaeloveZ | 5d3fccf7e13a7e4c7abeff2d |
| 700 | husd739 | 5d3fe3a5fe55c8636cd96ee3 |
| 701 | Cow Force NO1 | 5d3fecc772b0c9295c752ebb |
| 702 | marketer | 5d4137e5e13a7e1e69f64b27 |
| 703 | Love_Home_2019 | 5d41510672b0c94d00f80165 |
| 704 | dushang06 | 5d4275d072b0c91f133a4136 |
| 705 | dushang0700 | 5d428933e13a7e6016ad3d8e |
| 706 | Demofree | 5d42c46572b0c9264e3b8bcd |
| 707 | Yguo | 5d4a55b21d9a8e4a02843479 |
| 707 | Yguo | 5d4a55b21d9a8e4a02843479 |
| 708 | b1b5j88f | 5d4cf982c8bc520380c8496b |
| 709 | wuxiaomin123 | 5d4d5c758388976840e6bf5a |
| 710 | Dokour Home 1 | 5d4fefe61527545380ad88c6 |
| 711 | OTRON | 5d50d4ca1527543607ad9e98 |
| 712 | ETRON | 5d50d9a98388975aa8e69353 |
| 713 | Fun Dreamer | 5d50e12e1527544516ad5299 |
| 713 | Fun Dreamer | 5d50e12e1527544516ad5299 |
| 714 | zhenglidan2175 | 5d5117bf1d9a8e239c33cb9d |
| 715 | Xiatianday | 5d51199f3db43e308c7ee28e |
| 716 | FENGMINGFU | 5d5169c61d9a8e239c34d52f |
| 717 | SZ Funwell | 5d53aaf11d9a8e74bda98387 |
| 718 | Singon | 5d53efc241ed51558a1eb82b |
| 719 | lilana | 5d54dffd15275469bcb923d9 |
| 720 | Bosueshop | 5d550aac41ed514a6bcd5eef |
| 721 | luser | 5d5520407ad2421cf5849ac1 |
| 722 | Handsome Boys men's Clothing Store | 5d56be62cf6503366f7fd64f |

| | | |
|---|---|---|
| 723 | SHULI2241 | 5d5784db4dd91b3e806aa340 |
| 724 | LTY1971 | 5d578e00560eca4252ed6efa |
| 725 | AaSsDdFf1992 | 5d579c39cf650310a9311e54 |
| 726 | drftgyhuj | 5d57a57e560eca428dedb445 |
| 727 | hili12 | 5d57d5424dd91b70a16a574a |
| 728 | WANNIAN33313 | 5d5909732736782600179bf4 |
| 729 | YANGYANG9966 | 5d5a7405273678476c177e4c |
| 730 | dg489vbdf | 5d5b4edc35bdde33cebc9ef2 |
| 731 | nye51 | 5d5b9b5a40defd6cc0567bba |
| 732 | SHIPINGQIN | 5d5bb6f540defd75605691d3 |
| 733 | Hello World House | 5d5fd65f40defd3ac0044244 |
| 734 | yuerhappy | 5d62192b07cc8d3dd9fc312e |
| 735 | YUANGENGEN666 | 5d70b94d25da6b5819a41999 |
| 736 | Good_Home_2019 | 5d7620e4a28c2518797376d4 |
| 737 | Fashion Yourself me | 5d7ce1f828883556722de4b1 |
| 737 | Fashion Yourself me | 5d7ce1f828883556722de4b1 |
| 738 | kghtre | 5d7da30770c2ca37c0df13f4 |
| 739 | Yamiyami home textile | 5d81b84c1c4dc6522ef49967 |
| 740 | qinlinduyi | 5d8344847e8eba088935cd3f |
| 741 | guyutengli | 5d8442a322e777777b73e008 |
| 742 | gudaoyutin | 5d84cde835b44937d21ef833 |
| 743 | RunPay | 5d857a50a9356a3188a74cf8 |
| 744 | Stairtlorademi | 5d85a66728883568a6c32db3 |
| 745 | zq245 | 5d85b7a28c8dc75e6446bf48 |
| 746 | busdiw | 5d85e71222e7774e56b346c5 |
| 747 | piyuanlindu | 5d86dec622e7772fbeb34613 |
| 748 | gusiwdh | 5d88969ff35cf9590061183c |
| 749 | taitingpinju | 5d898e566d79ac2f21b00e5e |
| 750 | kedituyun | 5d89b85a2888350d774b6fdd |
| 751 | Xysingsmeishu | 5d89cdf8c095e158c49f40f1 |
| 752 | WanYao | 5d8a1ca20f02885904126c3d |
| 753 | didouyitao | 5d8abccc28883503845b74d9 |
| 754 | Lucky_Lotus | 5d8ad9a022e777423779c7a7 |
| 755 | ecogirl | 5d8fb5f21baabb4fc04f0afe |
| 756 | jfir256e | 5d91c82d7f8b093c9c185426 |
| 756 | jfir256e | 5d91c82d7f8b093c9c185426 |
| 757 | Kanesen Panmte maron | 5d944bdec095e133c0a149c4 |
| 758 | fanyuantuzhai | 5d999e2952e0241647b2d2bc |
| 759 | Cunqianguan2019 | 5d9aaebb7f8b09423af5af6b |
| 760 | Tienda LJ | 5da2381b9db96066607cdc95 |
| 761 | Sirah | 5da509170e1e0f51766e9460 |
| 762 | Plopziandbat | 5da82270c50287068059a7d6 |
| 763 | assmhgent | 5db03d9ac32622123df705a1 |
| 763 | assmhgent | 5db03d9ac32622123df705a1 |
| 763 | assmhgent | 5db03d9ac32622123df705a1 |
| 764 | zotishop97 | 5db17a0a024c50080015924a |
| 765 | XUWEISHOP | 5db25f717c0d08046e4fba9f |
| 766 | estefH | 5db443d420bc4b1de145af5e |
| 767 | Informatic | 5db888a9c808421cf0cfe1ca |
| 768 | Venevillalobos | 5db8b04805583022b2f53406 |
| 769 | Xiao Dou Tao Shop | 5db900ea2bad4d05adaec625 |
| 770 | Linyi Rich | 5dbbdab229e78679bd4dc8d2 |
| 771 | Sorelope | 5dc08a331efbf18df85d0509 |

| | | |
|---|---|---|
| 772 | Auraboutique | 5dc1fdd315a61a30361ea850 |
| 773 | mericardo998 | 5dc22bf2d341270106d4183e |
| 774 | Lili93121212 | 5dd21c3fd5c4b903a4a5286b |
| 775 | Gewinners | 5dd37002a264fd8c4fcff1de |
| 776 | Vopue | 5ddccf0dbf9d48305fdfe724 |
| 777 | Fancoy | 5ddddbe98505af026ad097cc |
| 778 | Mindero | 5ddf436f84f18404c1bf867e |
| 779 | YUNXIYX | 5ddfc99d71483d9efcf8e1e2 |
| 780 | Jugeterialg | 5ddff00765d2b800a28a98d5 |
| 781 | 999000 | 5de378a612af069483fecbd5 |
| 782 | Liqing0917 | 5de3d7fc555a19ab8e99246c |
| 783 | keetty | 5de7a90d29e7861a199eb53a |
| 784 | Sguger | 5de7b74c3bc4b321c2f39cce |
| 785 | guoqingjie | 5de8c91904d86847050a823d |
| 786 | Micure | 5de9d02d4c9c826e4cc14bd2 |
| 787 | Namfon54 | 5dea71b62aa21d14daa0d715 |
| 788 | Thapphayotin | 5decc71b05a8f94268281535 |
| 789 | camd2580 | 5dedeb16a35084021e4a2d54 |
| 790 | tiendabqto | 5dee601969a3e5778557fb81 |
| 791 | Goriallshop | 5defb7ef63cc4a15e9b55931 |
| 792 | maoshijia | 5df32986e1ecb400ff811783 |
| 793 | Yasuo Store | 5df84479a20cac04ee953bdd |
| 794 | Lovely Lovely night | 5df8bcd9cb434b0c6dff511d |
| 795 | shixizai34575 | 5dfb39712b91a802207c597b |
| 796 | Moshimoshishopping | 5e05b4d6ec5f03039d2b7fcc |
| 797 | 9140gdsz | 5e070f8729e7865df4a26d23 |
| 798 | dfsdg573dfh | 5e087756a3e118699d8ae91f |
| 799 | Giffshop | 5e0a216abf9bf8a699adf4a5 |
| 800 | Nipon | 5e15e2e829e7865f1847e566 |
| 801 | Lecheycafecito | 5e34b407712aa1005f218a7c |
| 802 | Daoshop0604 | 5e419fda25f94f7fc786533f |
| 803 | NUO zhou | 5e44ec02ddbcbe4561b3e6d1 |
| 804 | 3a21j4gf65 | 5e44f5db14330c4edbeff924 |
| 805 | GANG BISHUISUI FATION WOMAN WEARING STORE | 5e4a3a7bb9fc2e29204be91c |
| 806 | Duen Zuema Progranm | 5e55ef007c986d3a8753c1c3 |
| 807 | Lucy Jelwery BY | 5e5dfe45cb7f7259299d3d6c |
| 808 | Virtual Digital World | 5e5e080030477e3a02841a2f |
| 809 | wangwen0473 | 5e5f7deac422b9040457dcde |
| 810 | Flydog666 | 5e61b7f429e7866038a8fd52 |
| 811 | Resetupset | 5e61c41dde60d9038465f519 |
| 812 | zhiping stores | 5e6495fdad6a882a2d648abc |
| 813 | yuanshaodan123 | 5e64b33b2fdc77415de15b4b |
| 814 | sweijhgt | 5e6890ef29e786090545acc4 |
| 815 | lisadebora54641 | 5e6f4ccd6bab205ee1b64de6 |
| 816 | Town520 | 5e70fe938e9bc17682e29bea |
| 817 | sinskilo48 | 5e716ce9f31082192798a297 |
| 818 | Padner Giftbags | 5e7ac2dd42e0522cbf504d31 |
| 819 | augustinemjv42aysq | 5e80a8cb873f9d1758e01fc5 |
| 820 | keanqequ3i2b | 5e80b2cb93fb00fb18ca7a4b |
| 821 | nortonf3gkl62f | 5e818696e979f9b6caa605b5 |
| 821 | nortonf3gkl62f | 5e818696e979f9b6caa605b5 |
| 822 | ghass | 5e8ae0c5ee8e98ee99a777f3 |
| 823 | soidjneiuyr | 5e8d4dbb9bb08c45f94b7686 |

| | | |
|---|---|---|
| 824 | wuguodaipan | 5e8ecb0724067d68c9df4578 |
| 825 | Amy Gomez | 5e932f8f29e786371a8481db |
| 826 | Thomas Young | 5e938bfc2522bc2dc0cae7c0 |
| 827 | CassieBall | 5eac3bb5f8cd3d17f08e9234 |
| 828 | ljmmlhqgqkmstcdq | 5eb500d89f34264193c5591a |
| 829 | XIAOLEI9654 | 5ec25bcfa0fdfe434028d633 |
| 830 | Bebrdener coats | 5ec7799d87e07c15b8432beb |
| 831 | shengdongxue1126 | 5ecc8077892c0318013a9e95 |
| 832 | MS_Dance | 5ed66362e8a54af57e7cad33 |
| 833 | nanamisan | 5eddf61229e7867c88cc1e56 |
| 834 | Jing World | 5edf00f9e993320480541153 |
| 835 | LIXTONG | 5ee58351db009a0ae11e3319 |
| 836 | Brite Enterprises | 5ee9f31fa812ce4cf375c63b |
| 837 | wgaofengs | 5ef717eb7355ad3781d71678 |
| 837 | wgaofengs | 5ef717eb7355ad3781d71678 |
| 838 | shenpeizhou66058 | 5ef7191457572eef825eb00a |
| 839 | ranqinglong997 | 5ef721af29e78614942169d3 |
| 840 | Feiyulun | 5f1abc38c0cc0da702a75c2e |
| 841 | ovmoacqry | 5f1b9dedb16c976909c4e5e3 |
| 842 | Ruifusheng | 5f1bebd6d7e50707b644f60b |
| 843 | Wangyihang | 5f1bf295c023b99e394eb7a0 |
| 844 | Fuyuxue | 5f378f847fbb26a5fea2a75c |
| 845 | fantyer | 5f4ccbc8e63e30c5907b6fb8 |
| 846 | ArmpitmayoR | 5f50110bcc7530e75c68ac84 |
| 847 | alsocbxmx | 5f5de0dd8efa7e6adb7bb09c |
| 848 | Voenryin Baby's | 5f5ebd7af39e94669f6eb20c |
| 849 | fjefheu | 5f5ee7ee88f026c821ff4876 |
| 850 | Hricane Official Store | 5f6aae27bf4610877dc29815 |
| 850 | Hricane Official Store | 5f6aae27bf4610877dc29815 |
| 850 | Hricane Official Store | 5f6aae27bf4610877dc29815 |
| 851 | kaipaiduilin | 5f6b1631f7d963153574eb90 |
| 852 | Xiaoxinyizhan | 5f6ff40c0d783c0050436052 |
| 853 | lpprrtshpo | 5f7040c6c3db6e3def979ec4 |
| 854 | ertie49 | 5f8513c8291f28e10aa7356f |
| 855 | hybridization | 5f8db7ba19a61afb83f6c187 |
| 856 | enzymopathy | 5f8df215db05349d2d59bb11 |
| 857 | AdDuib | 5fabb30fa63a63795b0df876 |
| 858 | uartent548 | 5fadb744b64e4be71f8ed5f3 |
| 859 | AndohDi | 5fadbf39b11d510052971098 |
| 860 | vcfcqyudy | 5fb8807e36af391900fc7624 |
| 861 | jfssf | 5fb9f12e474b5f6f8c7c666a |
| 862 | ChristineDGHT | 5fbef4da42eefa25f168df3d |
| 863 | mancoseña | 5fc796201f8786a8db3bf09a |
| 864 | bosscosmetics | 5fce9e7ab1d5b403205f45cf |
| 865 | bromickras | 5fd2a3f33c5b1c11cc3fd265 |
| 866 | WaltSports | 5fd64e9cc4fa1b08cb6300e8 |
| 867 | Fantasy Store 24 | 5fd9841e0383362d1e323b24 |
| 868 | lile stily | 5fda37404eed91276d370558 |
| 869 | CrewWonder | 5fda75784eed9169b337031a |
| 870 | Themixe | 5fda90780f281c8b07da9e93 |
| 871 | Tigritospolar | 5fdbe81af88f1c17dfa9ff6a |
| 872 | Wiopo | 5fdbe8a19514f1185657b724 |
| 872 | Wiopo | 5fdbe8a19514f1185657b724 |

| | | |
|---|---|---|
| 873 | Viop | 5fdc1f43c11daf1bd7eb8b75 |
| 874 | Shing Balls | 5fdc3b40fa3b425e7aa846be |
| 875 | foresightma | 5fde076faa3219d8505a4360 |
| 876 | Majianbing5086 | 5fe03281760a6caaa47f48de |
| 877 | linbingshop | 60101b1a10e031d69384b1ea |
| 877 | linbingshop | 60101b1a10e031d69384b1ea |
| 878 | soieojgkore | 6039f3e697e1050916060844 |
| 879 | huimingshop | 609fc51b49ed2ee78209f75f |
| 880 | Buzzy Clothing Shop | 60d955476198996f4e8f1e88 |
| 881 | Daimond | 60da09e7d43be4392f4e1ae2 |
| 882 | Bulletproof inc | 60dbdfcdd19bee68b5d56c11 |